# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**CECELEE A. RODRIGUEZ,**

    **Plaintiff,**

v.                                        Case No: 6:16-cv-2110-Orl-28DCI

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This case is before the Court on Plaintiff's complaint to obtain judicial review of a final decision of the Commissioner of Social Security ("Commissioner") terminating her Disability Insurance Benefits. The United States Magistrate Judge has submitted a Report and Recommendation (Doc. 19) recommending that the Commissioner's decision be reversed and remanded for further proceedings. Neither party has objected to the Report, and the time for filing objections has passed.

After review of the record in this matter, and noting that no objection to the Report has been filed, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 19) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's decision is **REVERSED** and **REMANDED for further proceedings** for the reasons stated in the Report and Recommendation (Doc. 19).

3. The Clerk of the Court is directed to enter judgment in favor of Plaintiff and to thereafter close this case.

**DONE** and **ORDERED** in Orlando, Florida, on December 16, 2017.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record